IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHEILA BELL HOLLINGER**                                                              **PLAINTIFF**

v.                              Case No. 2:23-CV-00103-BSM

**ARAMARK FACILITY SERVICES LLC**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE